175 A.3d 143

**GROSS, Reggie Antwan**

v.

**STATE of Maryland**

**Pet. Docket No. 332, Sept. Term, 2017**

Court of Appeals of Maryland.

December 15, 2017

Opinion of the Court of Special Appeals unreported (No. 1584, Sept.Term, 2016).

Petition for writ of certiorari denied

175 A.3d 143

**GWYNN, Darnell**

v.

**STATE of Maryland**

**Pet. Docket No. 355, Sept. Term, 2017**

Court of Appeals of Maryland.

December 15, 2017

Opinion of the Court of Special Appeals unreported (No. 666, Sept.Term, 2016).

Petition for writ of certiorari denied